IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMIRO GARZA,

      Plaintiff,                  No. CIV S-07-0829 GEB DAD P

    vs.

UNKNOWN,

      Defendant.              FINDINGS AND RECOMMENDATIONS

_____/

       By an order filed September 27, 2007, plaintiff's amended complaint was dismissed and thirty days leave to file either a second amended complaint or amended habeas petition was granted. If plaintiff were to choose to file a second amended complaint, he was also directed to file a new application to proceed in forma pauperis within thirty days along with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of this action. Plaintiff was cautioned that failure to comply with this order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed either a second amended complaint or amended habeas petition, has not filed a new application to proceed in forma pauperis along with a certified copy of his prison trust account statement, and has not otherwise responded to the court's order.

/////

1

1  IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
garz0829.fifp.fta(2)